**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-00163-LTB-MJW

QCE HOLDING LLC;
QCE INCENTIVE LLC;
QUIZNOS FINANCE, INC.;
RICHARD E. SCHADEN;
PATRICK E. MEYERS; and
STEVEN B. SHAFFER,

   Plaintiff,

v.

VIADELI, INC.;
ANTHONY R. VIOLA;
JOAN M. VIOLA,

   Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal (Doc 14 - filed March 11, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

              BY THE COURT:


                s/Lewis T. Babcock
              Lewis T. Babcock, Judge

DATED: March 12, 2013